**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| EDWARD F. WEATHERILL, | : | No. 69 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (WISE FOODS, INC.), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.